UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

VOLTAGE HOLDINGS, LLC, et al,

Plaintiffs,

v.

VEEPN CORP. et al.,

Defendants.

Case No.: 1:22-cv

AFFIDAVIT OF SARAH DUNN

## AFFIDAVIT OF SARAH DUNN

Sarah Dunn, hereby declares under penalty of laws of the United States of America that the following is true and correct:

1. I am over the age of 18 years of age and am competent to make this declaration. This declaration is based upon my personal knowledge and the facts stated herein are true and accurate.

2. I am employed as Senior Vice President of Voltage Pictures, LLC. I am familiar with the type of documents and records received, created and relied upon by Voltage Pictures, LLC and am also familiar with Voltage Holdings, LLC, an affiliate of Voltage Pictures, LLC. I will refer to Voltage Holdings, LLC and Voltage Pictures, LLC collectively as "Voltage" in my affidavit.

3. Voltage often creates special purpose entities ("SPE") to develop and produce motion pictures. The use of SPEs is standard in the motion picture industry. This is because, in order to support the creative team, all royalties and earnings received through the distribution of a particular motion picture must be distributed only to those who actually worked on that particular motion picture. SPEs allow this "waterfall" of royalties to work. After a certain amount of time, Voltage may merge these SPEs into Voltage Holdings, LLC.

4. I am familiar with the motion pictures owned by Voltage as shown in Exhibit "1" to the Complaint.

CULPEPPER IP, LLLC.
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

5. Each of the motion pictures is easily discernible as a professional work as they were created using professional performers, directors, cinematographers, lighting technicians, set designers and editors and with professional-grade cameras, lighting and editing equipment. Each has significant value and has been created, produced and lawfully distributed at considerable expense.

6. As a part of my duties for Voltage, I oversee the anti-piracy efforts of its affiliated SPEs and the effects of piracy on motion pictures produced by Voltage.

7. I am aware of the activities of Defendant VEEPN Corporation ("Defendant") in promoting and distributing its VPN service as "Popcorn Time VPN" for using the piracy software application "Popcorn Time" and for promoting its VPN service on piracy websites such as YTS.

8. Defendant threatens a variety of serious and irreparable harms to Voltage if it is permitted to continue its infringing activities.

9. Defendant deliberately induces the widespread, unlicensed streaming and distribution of motion pictures. This unlicensed use threatens the royalties Voltage receives from our distribution agreements.

10. Every time a user accesses an unauthorized stream or copy of the motion pictures, Voltage is not being compensated as it would be through authorized streams or copies of the motion pictures. By inducing such unauthorized access, Defendant's unlawful conduct has caused, and will continue to cause Voltage this very direct and fundamental harm on a daily basis.

11. I understand that Defendant promotes its service on the piracy website YTS website under links to download or stream unauthorized copies of Voltage's movies such as shown below.

CULPEPPER IP, LLLC.
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047



12. The movie *After We Collided* is owned by the Voltage SPE After II Movie, LLC. After II Movie, LLC did not authorize the YTS website to freely distribute or stream copies of the movie.

13. I also understand that Defendant promotes its VPN service for using Popcorn Time as "Popcorn Time VPN" on its website https://veepn.com/blog/popcorn-time-vpn/ by emphasizing that because using the piracy app Popcorn Time is against the law its VPN service is essential to avoid punishment.

CULPEPPER IP, LLLC.
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

3

> **Why is Popcorn Time VPN Necessary?**
>
> As it was mentioned above, people are sharing the files, but not only them. In fact, torrent users share their IP addresses as well. To be more clear, Internet addresses are tied to your torrent downloads. If the individual doesn't use a reliable VPN service to mask own IP address, he/she does not only demonstrate downloading torrent files but the risk of being tied to specific ones.
>
> Downloading and sharing files via torrent is a violation of copyright law. It means that you may be punished by law. That's why you need a Popcorn Time VPN. This way, you hide your IP address and decrease the risks of getting into danger. In case you are not eager to be involved in any scandals, you are highly recommended to use a Popcorn Time VPN. Having another IP address will make tracing you impossible. VPN encrypts your information, and no one will discover that you are using a popular torrent client.

14. Because Popcorn Time operates free from licensing restrictions, Defendant's promotion of Popcorn Time has the result of making the motion pictures available through unlicensed distribution channels, thereby interfering with and undermining our contractual commitment to and relationship with our distributor, and undermining our negotiating position for future agreements with authorized distributors.

15. Based on my experience in the industry and understanding of illegal services against which Voltage and our distributors and licensees must compete, I believe the growth of illicit software applications such as Popcorn Time and sources of illegal conduct is fueled in part by the ease and convenience of the infringement that Defendant induces by promoting its VPN service as a tool to safely pirate.

16. I understand that Popcorn Time includes a WATCH IT NOW button as demonstrated by the screenshot below. This button allows users to access illicit sources such as torrents that Defendant encourages its customers to utilize while logged on to its so called Popcorn Time VPN,

CULPEPPER IP, LLLC.
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

4

thereby providing its customers with the ability to quickly and easily locate an unauthorized source for all of the latest and most popular content including Voltage's such as *Ava* as shown below.



17. Voltage's motion pictures are available through a variety of authorized U.S. distribution channels. For example, the motion picture *Ava* is available for rental as of June 21, 2022 in the United States for purchase on YOUTUBE, AMAZON PRIME, VUDU and GOOGLE PLAY.

CULPEPPER IP, LLLC.
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

> **Ava**
> R 2020 · Action/Thriller · 1h 36m
>
> Overview    Cast    Watch n
>
> **Watch movie**
>
> Available on                                   EDIT SERVICES
>
> Netflix Subscription        ▶ Watch      YouTube From $3.99        ▶ Watch
>
> Google Play Movie… From $3.99    ▶ Watch      Vudu From $3.99       ▶ Watch
>
> Amazon Prime Video From $3.99  ▶ Watch      Apple TV From $4.99    ▶ Watch

18.   As shown above, a VeePN user using Popcorn Time as encouraged by Defendant who searched for the motion picture *Ava* can easily obtain and unauthorized copy for free.

19.   Popcorn Time as promoted by Defendant offers its customers a premium experience at no direct cost, contributing to a mistaken and incredibly harmful perception that content should be instantly and conveniently accessible for free. I am informed and believe that Popcorn Time does not appear to charge customers for accessing infringing copies.

20.   For the foregoing reasons, Defendant's promotion of its VPN service for using Popcorn Time and piracy websites such as YTS poses a significant threat to the entire legitimate market for home entertainment, and in particular, for the online distribution market. This threatens the very foundation of the business of Voltage and the businesses of our distributor.

21.   I also understand that Defendant promotes its VPN service as a tool to get around geographic restrictions of legitimate content distribution platforms such as Netflix on its website https://veepn.com/unblock-netflix/.

CULPEPPER IP, LLLC.
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

6



22. Voltage often enters into agreements with distributors in different geographic regions for distributing the movies. Accordingly, Defendant is interfering with and undermining our contractual commitment to and relationships with our distributors, and undermining our negotiating position for future agreements with authorized distributors in different geographic regions by encouraging and facilitating its end users to use its VPN service to circumscribe geographic restrictions.

23. The extent of the losses of Voltage arising from Defendant's ongoing, illegal competition regarding content that Voltage created or own, cannot be calculated with precision, nor are these damages likely to be recoverable from Defendant.

24. Without the relief requested in this action, Defendant's infringing activities will continue unabated and Voltage will continue to suffer irreparable harm that no future damages award can mitigate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: Studio City, California  June 28, 2022.

*Sarah Dunn (signature)*

Sarah Dunn

CULPEPPER IP, LLLC.
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047