**Exhibit "1"**

**Kerry Culpepper**

| | |
|---|---|
| **From:** | kculpepper culpepperip.com <kculpepper@culpepperip.com> |
| **Sent:** | Wednesday, May 11, 2022 3:37 AM |
| **To:** | Tomas Bacik - CDN77 |
| **Cc:** | Zdenek Cendra - CDN77.com; datacamp@datacamp.co.uk; ▮▮▮▮▮▮▮▮▮▮▮▮; ▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Subject:** | Re: Registered: RE: CULPEPPER IP, LLLC /DataCamp LTD / Lawsuit |

I am not asking for the identity of the end users. I am asking for the identity of the subscribers of your service.

Get [Outlook for iOS](#)

---

**From:** Tomas Bacik - CDN77 <▮▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Wednesday, May 11, 2022 12:29:41 AM
**To:** kculpepper culpepperip.com <kculpepper@culpepperip.com>
**Cc:** Zdenek Cendra - CDN77.com ▮▮▮▮▮▮▮▮▮▮▮▮; datacamp@datacamp.co.uk <datacamp@datacamp.co.uk>; ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Registered: RE: CULPEPPER IP, LLLC /DataCamp LTD / Lawsuit

R408 Communication

Dear Mr. Culppeper,

One important thing here. We do not have any information about the VPN end users. Those users engaging in activities that allegedly hurt your clients are clients of our clients. We have no direct connection to these people.

There's one thing that I do not understand. Since you are able to identify the VPN, why do you ask us to provide you with the information about the end-user? Isn't it easier to ask them directly?

Since the beginning of our conversation, I offered to provide an effective communication bridge between you and other clients. That still stands.

*"We're ready to establish a more effective communication channel for you and your clients. We're also prepared to help escalate future abuse notices at respective VPN providers"*

However, I cannot give you the identity of the end-users simply because we do not have this info and have no way to find out from the information on our system. Let's be reasonable here. You're asking for information that we do not have.

Tomas Bacik
DataCamp Limited

On 4. 5. 2022, at 22:35, Kerry Culpepper <kculpepper@culpepperip.com> wrote:

Tomas,

Your assertion that "we've never offered to reveal the client's identity unless we're asked to do so by the court" is contradicted by what you repeatedly told me.

For example, on 10/8/2021 you stated, "Thanks for the call. I am going to follow up with the team after the weekend. I see no issue in establishing a communication channel **to help you identify the VPN provider** or even block a specific IP address if it gets abused."

Your subscriber VeePN actively promotes its service on piracy websites as a tool to pirate copyright protected content (see attached).

It partners with the piracy app "Popcorn Time" to be incorporated in the app and promotes itself as "Popcorn Time VPN".
https://veepn.com/blog/popcorn-time-vpn/

It explicitly promotes itself here for piracy by stating "Downloading and sharing files via torrent is a violation of copyright law. It means that you may be punished by law. That's why you need a Popcorn Time VPN. This way, you hide your IP address and decrease the risks of getting into danger. In case you are not eager to be involved in any scandals, you are highly recommended to use a Popcorn Time VPN".

<image001.png>

Not surprisingly, we have confirmed piracy of the Works at IP addresses DataCamp assigned to VeePN such as 149.57.16.166.  We have already sent DataCamp notices confirming piracy at 149.57.16.166.

Please let me know if DataCamp declines to provide the identification of the VeePN subscriber(s) and to take steps to stop providing further service to this subscriber.
Also let me know when you are available to discuss this serious issue by telephone.
I would like to hear back from you so we can set up a time to discuss by 5/11/2022.

Best regards,

Kerry Culpepper

---

**From:** Tomas Bacik - CDN77 <​​​​​​​​​​​​​​​​​​​​​​​​​​>
**Sent:** Wednesday, May 4, 2022 10:14 AM
**To:** kculpepper@culpepperip.com
**Cc:** Zdenek Cendra - CDN77.com <​​​​​​​​​​​​​​​​​​​​​​​​​​>; datacamp@datacamp.co.uk;
**Subject:** Re: Registered: RE: CULPEPPER IP, LLLC /DataCamp LTD / Lawsuit

Dear Mr. Culpepper,

We're definitely open to discussing steps to cooperate. Please note that we were under the impression that we have not really agreed on terms of cooperation.

We offered active cooperation with reaction to potential abuse reports. However, we've never offered to reveal the client's identity unless we're asked to do so by the court. I think this is where our expectations do not match.

Having said that, we can surely organize a call and discuss how we could potentially establish cooperation that could lead to the dismissal with prejudice.


Tomas Bacik
DataCamp Limited


<Capture - INFIDEL.JPG>