**Exhibit "3"**

Home  >   Whois Lookup  >   VeePn.com

## Whois Record for VeePn.com

**– Domain Profile**

| | |
|---|---|
| **Proximity Score** | 23 |
| **Email** | abuse@namecheap.com is associated with ~16,527,879 domains<br>ad57ccecd58b4...@withheldforprivacy.com |
| **Registrar** | NAMECHEAP INC NameCheap, Inc.<br>IANA ID: 1068<br>URL: http://www.namecheap.com<br>Whois Server: whois.namecheap.com<br><br>abuse@namecheap.com<br>(p) 19854014545 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 1,870 days old<br>Created on 2017-05-17<br>Expires on 2023-05-17<br>Updated on 2022-04-17 |
| **Name Servers** | ALEC.NS.CLOUDFLARE.COM (has 24,940,954 domains)<br>MARGE.NS.CLOUDFLARE.COM (has 24,940,954 domains) |
| **IP Address** | 34.211.242.216 is hosted on a dedicated server |
| **IP Location** | - Oregon - Boardman - Amazon Technologies Inc. |
| **ASN** | AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 135 records have been archived since 2007-12-24 |
| **IP History** | 22 changes on 22 unique IP addresses over 15 years |
| **Registrar History** | 5 registrars with 3 drops |
| **Hosting History** | 16 changes on 11 unique name servers over 15 years |

**– Website**

| | |
|---|---|
| **Website Title** | 500 SSL negotiation failed: |
| **Response Code** | 500 |

**Whois Record ( last updated on 2022-06-30 )**

```
Domain name: veepn.com
Registry Domain ID: 2125463171_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2022-04-17T08:44:28.36Z
Creation Date: 2017-05-17T21:46:49.00Z
Registrar Registration Expiration Date: 2023-05-17T21:46:49.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
```

```
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: ad57ccecd58b4883aa9544a9d9e31e5a.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: ad57ccecd58b4883aa9544a9d9e31e5a.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: ad57ccecd58b4883aa9544a9d9e31e5a.protect@withheldforprivacy.com
Name Server: alec.ns.cloudflare.com
Name Server: marge.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
For more information on Whois status codes, please visit https://icann.org/epp
```



**Tools**

| Whois History |  |
|---|---|
| Hosting History |  |
| Monitor Domain Properties | ▼ |
| Reverse Whois Lookup | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |
| Visit Website |  |
| ⬇ Preview the Full Domain Report |  |










View Screenshot History

Last checked July 28, 2019

Queue Screenshot for Update

**Available TLDs**

**General TLDs**   Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| | |
|---|---|
| VeePn.com | View Whois |
| VeePn.net | Buy Domain |
| VeePn.org | View Whois |
| VeePn.info | Buy Domain |
| VeePn.biz | View Whois |
| VeePn.us | Buy Domain |