**Exhibit "4"**

Home  >   Whois Lookup  >   VeePn.co

## Whois Record for VeePn.co

**– Domain Profile**

| | |
|---|---|
| **Proximity Score** | 33 |
| **Email** | abuse@dynadot.com is associated with ~3,891,856 domains |
| **Registrar** | Dynadot LLC<br>IANA ID: 472<br>URL: https://www.dynadot.com/<br>Whois Server: whois.dynadot.com<br><br>abuse@dynadot.com<br>(p) 16502620100 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 1,148 days old<br>Created on 2019-05-09<br>Expires on 2023-05-09<br>Updated on 2022-02-21 |
| **Name Servers** | NS1.DYNADOT.COM (has 1,283,388 domains)<br>NS2.DYNADOT.COM (has 1,283,388 domains) |
| **IP Address** | 37.1.220.195 is hosted on a dedicated server |
| **IP Location** | - Noord-holland - Amsterdam - Iroko Networks Corporation |
| **ASN** | AS58061 SCALAXY-AS, NL (registered Aug 06, 2019) |
| **Whois History** | 20 records have been archived since 2019-05-09 |
| **Hosting History** | 2 changes on 3 unique name servers over 3 years |

**– Website**

| | |
|---|---|
| **Website Title** | 500 SSL negotiation failed: |
| **Response Code** | 500 |

**Whois Record ( last updated on 20220630 )**

```
Domain Name: veepn.co
Registry Domain ID: DC15EAB58ECAA4101B164DF352F7612D7-NSR
Registrar WHOIS Server: whois.dynadot.com
Registrar URL: https://www.dynadot.com/
Updated Date: 2022-02-22T07:53:36+00:00
Creation Date: 2019-05-09T11:10:48+00:00
Registrar Registration Expiration Date: 2023-05-09T11:10:48+00:00
Registrar: Dynadot LLC
Sponsoring Registrar IANA ID: 472
Registrar Abuse Contact Email: abuse@dynadot.com
Registrar Abuse Contact Phone: 16502620100
Status:
        clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization:
```

```
Registrant Street: REDACTED FOR PRIVACY (DT)
Registrant City: REDACTED FOR PRIVACY (DT)
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY (DT)
Registrant Country: us
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY (DT)
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY (DT)
Admin City: REDACTED FOR PRIVACY (DT)
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY (DT)
Admin Country: REDACTED FOR PRIVACY
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: REDACTED FOR PRIVACY (DT)
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY (DT)
Tech City: REDACTED FOR PRIVACY (DT)
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY (DT)
Tech Country: REDACTED FOR PRIVACY
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns1.dynadot.com
        ns2.dynadot.com
DNSSEC: unsigned
```



**Tools**

| Whois History |   |
|---|---|
| Hosting History |   |
| Monitor Domain Properties | ▼ |
| Reverse Whois Lookup | ▼ |
| Reverse IP Address Lookup | ▼ |

| Network Tools | ▼ |
|---|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|
| Queue Screenshot for Addition |

**Available TLDs**

| **General TLDs** | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| VeePn.com | View Whois |
|---|---|
| VeePn.net | Buy Domain |
| VeePn.org | View Whois |
| VeePn.info | Buy Domain |
| VeePn.biz | View Whois |
| VeePn.us | Buy Domain |