**Exhibit "5"**

# 2022 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L13000041430

**Entity Name:** IT RESEARCH LLC

**FILED**
**Apr 14, 2022**
**Secretary of State**
**7757995552CC**

**Current Principal Place of Business:**

18401 COLLINS AVE
SUITE 100-241
SUNNY ISLES BEACH, FL 33160

**Current Mailing Address:**

18401 COLLINS AVE
SUITE 100-241
SUNNY ISLES BEACH, FL 33160 US

**FEI Number:** 90-0950952

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

ES ACCOUNTING SERVICES INC
18401 COLLINS AVE
SUITE 100-241
SUNNY ISLES BEACH, FL 33160 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ELENA SOSNOVSKAYA                                                                04/14/2022

Electronic Signature of Registered Agent                                                                Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | HORKUSHA, TETIANA |
| Address | 18401 COLLINS AVE<br>SUITE 100-241 |
| City-State-Zip: | SUNNY ISLES BEACH FL 33160 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: TETIANA HORKUSHA                     MGRM                     04/14/2022

Electronic Signature of Signing Authorized Person(s) Detail                                         Date