

**ROYAL COURTS OF JUSTICE GROUP**
King's Bench Division
Foreign Process Section
Room E16
Royal Courts of Justice
Strand, London
WC2A 2LL

DX 44450 Strand

T 020 7947 7772
E ForeignProcess.RCJ@justice.gov.uk

www.justice.gov.uk

United States District Court for the Eastern District
of Virginia, Alexandria Division
401 Courthouse Square
Alexandria VA 22414
United States



RECEIVED MAILROOM
MAY - 8 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA



OUR REF: KF-2022-007617

The Master of the Senior Courts of England and Wales, King's Bench Division presents her compliments to the United States District Court for the Eastern District of Virginia, Alexandria Division and has the honour to refer to Taking of Evidence in the Matter of Voltage Holdings LLC and others -v- Veepn Corporation and others.

The Master returns the Letter of Request as the request does not comply with The Hague Convention of the 18 March 1970. The Master has given directions as follows:

"They need to provide more detail as to IP addresses sought. On what basis is thought the individual IP addresses stated are involved in breach of copyright. A proper witness statement should be produced explaining the background to the claim. Giving full particulars of the part played by the IP holders".

The Master welcomes this opportunity to renew to the United States District Court for the Eastern District of Virginia, Alexandria Division the assurance of her highest consideration.

Royal Courts of Justice
Room E16
Strand
London WC2A 2LL

Tel:        0044 (0)20 3936 8957 (option 7)
Fax:        0044 (0)870 324 0025
Email:      ForeignProcess.RCJ@justice.gov.uk

Dated: 20/04/2023

