**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| VOLTAGE HOLDINGS, LLC, et al., | |
| Plaintiffs, | Civil Action No. 1:22-cv-741-AJT-WEF |
| v. | |
| DOES 1-100 et al., | |
| Defendants. | |

**ORDER GRANTING PLAINTIFFS' SECOND EX PARTE MOTION FOR 120 DAY**
**EXTENSION OF TIME TO SERVE DEFENDANTS**

This Court, having considered the *ex parte* Motion by Plaintiffs VOLTAGE HOLDINGS, LLC; VOLTAGE PICTURES, LLC; AFTER II MOVIE, LLC; VENICE PI, LLC; WONDER ONE, LLC; SCREEN MEDIA VENTURES, LLC; AMERICAN CINEMA INTERNATIONAL, INC.; AMERICAN CINEMA INSPIRES, INC.; and 42 VENTURES, LLC ("Plaintiffs") for a 120 Day extension of time to serve Defendants DOES 1-100 pursuant to Fed. R. Civ. Pro. 4(m), and for good cause shown, Plaintiffs' Motion is granted. It is ORDERED that the deadline for Plaintiffs to serve Defendants DOES 1-100 is extended by 120 days up to and including September 25, 2023 (September 24 being a Sunday).

If Plaintiffs are unable to effect service on or before September 25, 2023, then they are directed to schedule a status conference with the undersigned magistrate judge on or before October 27, 2023.

*William E. Fitzpatrick*
William E. Fitzpatrick
United States Magistrate Judge

SO ORDERED THIS 10th day of May, 2023.