# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| VOLTAGE HOLDINGS, LLC et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:22cv741 (AJT/WEF) |
| | ) |
| DOES 1-100 et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Issuance of Proposed Third Revised Letter of Request (Dkt. 54) and Plaintiffs' Motion for Extension of Time to Serve Defendants (Dkt. 56) (the "Motions").

Upon review of the Motions, the Court requires further representations by the Plaintiffs and therefore orders a hearing to be held on the pending Motions.

Accordingly, it is hereby

**ORDERED** that the Motions (Dkts. 54, 56) shall remain pending, and the parties shall appear for a hearing on October 6, 2023, at 10:00 a.m. before the undersigned.

**ENTERED** this 26th day of September, 2023.

*William C. Fitzpatrick*
WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia